# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JAMES TRAVIS SHAW**                                                          **PLAINTIFF**

**VERSUS**                  **CIVIL ACTION NO.  3:08CV388-HTW-LRA**

**TRITON WATER TECHNOLOGIES, INC., ET AL**      **DEFENDANTS**

**consolidated with**

**JASON SHAW**                                                             **PLAINTIFF**

**VERSUS**                  **CIVIL ACTION NO.  3:08CV389-TSL-JCS**

**TRITON WATER TECHNOLOGIES, INC., ET AL**      **DEFENDANTS**

## ORDER OF WITH PREJUDICE DISMISSAL OF CONSOLIDATED CASES

Before the Court is the "Joint Motion for With Prejudice Dismissal of Consolidated Cases" filed into the record of these consolidated cases by plaintiffs, James Travis Shaw and Jason Shaw, and defendant, Triton Water Technologies, Inc. ("Triton"). Having duly considered the motion:

**IT IS HEREBY ORDERED** that the same be and is hereby **GRANTED**.  All claims of James Travis Shaw and Jason Shaw, plaintiffs in the above-captioned consolidated cases, against Triton Water Technologies, Inc. ("Triton") and all other defendants in these consolidated cases are hereby **DISMISSED WITH PREJUDICE**, Triton and plaintiffs to bear their own costs.  This Court maintains the exclusive jurisdiction and venue to determine any disputes that may arise regarding the validity, interpretation, performance, breach or enforcement of the Receipt, Release and Indemnity Agreements that were voluntarily executed by the plaintiffs in connection with the

settlement of all of plaintiffs' claims against Triton and all other defendants in these consolidated matters.

      **IT IS SO ORDERED** this the 23rd day of September, 2008.

                          **s/ HENRY T. WINGATE**
                          **CHIEF UNITED STATES DISTRICT JUDGE**

Prepared and submitted by:

s/ Laura A. Ford

Christopher A. D'Amour (MS Bar No. 101699)
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139

William C. Brabec (MS Bar No. 4240)
Laura A. Ford (MS Bar No. 102256)
Adams and Reese LLP
P. O. Box 24297
111 E. Capitol Street, Suite 350
Jackson, MS 39225-4297

Approved as to form:

s/ Bruce B. Smith

Bruce B. Smith (MS Bar No. 7471)
Attorney at Law
119 First Street SE
P. O. Box 395
Magee, MS 39111

**CIVIL ACTION NO.  3:08CV388-HTW-LRA**
   consolidated wtih
**CIVIL ACTION NO.  3:08CV389-TSL-JCS**

**ORDER OF WITH PREJUDICE DISMISSAL OF
CONSOLIDATED CASES**